```
 1  NICOLA T. HANNA
    United States Attorney
 2  BRANDON D. FOX
    Assistant United States Attorney
 3  Chief, Criminal Division
    BILLY JOE MCLAIN (Cal. Bar No. 290682)
 4  Assistant United States Attorney
    General Crimes Section
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-6702
 7       Facsimile: (213) 894-0141
         E-mail:    billy.mclain@usdoj.gov
 8
 9  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
10
```

FILED
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
2019 AUG 15 PM 3:35
BY ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. ED-19-MJ-418 |
|---|---|
| Plaintiff, | EX PARTE APPLICATION TO UNSEAL DOCKET |
| v. | |
| ANTHONY ALLEN BENNETT, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and Assistant United States Attorney, Billy Joe McLain, hereby files this ex parte application to unseal the docket in the above-referenced case and the following search warrants and warrant applications: Nos. CR ED-19-0415-M, CR ED-19-0416-M, and CR ED-0417-M. Counsel for Defendant was contacted on August 13 about the application to unseal and has not objected.

Defendant Bennett's initial appearance before a judicial officer of the Court, pursuant to a criminal complaint, occurred on

August 9, 2019. He is currently in custody. The search warrants identified above were executed on August 8, 2019. Because Defendant Bennett has made his initial appearance and the search warrants have been executed, the government moves to unseal the docket in this matter and the related search warrants and warrant applications.

Dated: August 15, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

\_\_/s/_____
Billy Joe McLain
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA